UNITED STATES DISTRICT COURT FOR THE WESTERN
DISTRICT OF NORTH CAROLINA

```
SAFETY & ENVIRONMENTAL      )
SYSTEMS, INC.,              )
        Plaintiff,          )
                            )
      v.                    )     CASE NO. 5:06-CV-00057
                            )
S&W CHEMICALS, INC.,        )
        Defendant.          )
_____)
```

## CONSENT ORDER AMENDING SCHEDULING ORDER

THIS MATTER, is before this Court upon the consent of the parties and, for good cause shown, the Court hereby orders that the deadline for filing dispositive motions in this matter is hereby extended up to and including March 9, 2007.

**IT IS SO ORDERED.**

Signed: February 21, 2007

_____
David C. Keesler
United States Magistrate Judge

Plaintiff's counsel has reviewed and agrees with the contents of this Consent Order and has granted Defendant's counsel permission to sign on his behalf.

| s/Eugene E, Lester (by MPT w/Permission ) | s/ Michael P. Thomas 2/21/2007 |
|---|---|
| Plaintiff's Counsel        Date | Defendant's Counsel    Date |

PHD# 301530.doc